IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HUGHES | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-2186 |
| CITY OF PHILADELPHIA, et. al. | : | |

## **ORDER**

AND NOW, this 28th day of July, 2023, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Complaint (Document No. 3), and Plaintiff's Response in Opposition, it is hereby ORDERED that, for the reasons outlined in the accompanying Memorandum, the Motion is GRANTED, and Plaintiff's Complaint is DISMISSED in its entirety with leave to Plaintiff to file an Amended Complaint with respect to Counts I, II, III, V and VI.

IT IS FURTHER ORDERED that Count IV is dismissed with prejudice and Count VI is dismissed with prejudice with respect to the John Does in their official capacities.

BY THE COURT:


____/s/ Juan R.Sánchez __
Juan R. Sánchez,      C.J.